**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOCIEL PEDROZA PEDROZA-MACIAS, <br><br>      Petitioner, <br><br>   v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br>      Respondent. | No. 10-71324 <br><br> Agency No. A098-801-333 <br><br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 8, 2011**

Before:   O'SCANNLAIN, TASHIMA, and GRABER, Circuit Judges.

  Jociel Pedroza Pedroza-Macias, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

---

  *   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  **   The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Salviejo-Fernandez v. Gonzales*, 455 F.3d 1063, 1066 (9th Cir. 2006), and we deny the petition for review.

Pedroza-Macias' 2008 conviction for violating California Health & Safety Code § 11359 is an aggravated felony under 8 U.S.C. § 1101(a)(43)(B) that renders him removable under 8 U.S.C. § 1227(a)(2)(A)(iii), and ineligible for cancellation of removal under 8 U.S.C. § 1229b(a)(3). *See id.* at 1066 ("A state drug offense is an 'aggravated felony' for immigration purposes . . . if it would be punishable as a felony under federal drug laws.").

**PETITION FOR REVIEW DENIED.**

10-71324